IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>PEACHTREE RESTAURANT PARTNERS, LLC,<br><br>Defendant. | Civil Action No.<br><br>1:26-cv-02663-JPB-AWH |

**JOINT STATUS REPORT**

Pursuant to the Court's August 18, 2026, Order (Doc. 15), Defendant Peachtree Restaurant Partners, LLC ("Defendant" or "PRP"), and Plaintiff Rafael Gomez ("Plaintiff") (collectively, the "Parties"), through undersigned counsel, respectfully submit this status report to advise the Court that the Parties participated in mediation on September 23, 2026.

The mediation was successful, and the Parties have reached a settlement in principle. A settlement agreement is being circulated for execution. Once the settlement conditions have been satisfied, including payment, Plaintiff will dismiss this action.

Respectfully submitted this 28th day of September, 2026.

| | |
|---|---|
| */s/ J. Daniel Cole*<br>J. Daniel Cole | */s/ Edward N. Boehm, Jr.*<br>Edward N. Boehm, Jr. |

Georgia Bar No. 450675
Gabrielle Hawkridge
Georgia Bar No. 651811

PARKS, CHESIN & WALBERT, P.C.
1335 Peachtree Street NE
Suite 2000
Atlanta, GA 30309
Tel: 404-873-8000
Fax: 404-873-8050
dcole@pcwlawfirm.com
ghawkridge@pcwlawfirm.com

COUNSEL FOR PLAINTIFF

Georgia Bar No. 183411
Evan A. Alberhasky
Georgia Bar No. 193972

FISHER & PHILLIPS LLP
1230 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
Tel: 404-231-1400
Fax: 404-240-4249
tboehm@fisherphillips.com
ealberhasky@fisherphillips.com

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>PEACHTREE RESTAURANT PARTNERS, LLC,<br><br>Defendant. | Civil Action No.<br><br>1:26-cv-02663-JPB-AWH |

**CERTIFICATE OF SERVICE**

I certify that, on September 28, 2026, a copy of the foregoing **JOINT STATUS REPORT** was served via the Court's CM/ECF filing system on the following counsel of record:

J. Daniel Cole
Gabrielle Hawkridge
Parks, Chesin & Walbert, P.C.
1335 Peachtree NE, Suite 2000
Atlanta, GA 30309
dcole@pcwlawfirm.com
ghawkridge@pcwlawfirm.com

*/s/ Edward N. Boehm Jr.*
Edward N. Boehm, Jr.
Georgia Bar No. 183411
tboehm@fisherphillips.com